U.S. Magistrate Judge J. Kelley Arnold

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| JASON FREELAND,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NO. C04-5891RJB<br><br>STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT REPLY BRIEF AND AMEND SCHEDULING ORDER |

The administrative record was filed in this case on March 29, 2005.

Counsel have agreed to amend the Scheduling Order entered on March 29, 2005; and shall now conform to the following amended briefing schedule:

Plaintiff's Reply Brief to be filed on or before July 21, 2005.

This appeal will be considered upon the written submissions unless the Court should order oral argument.

///

///

///

STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT
OPENING BRIEF AND AMEND SCHEDULING ORDER    1

LAW OFFICE OF SHERRI ALLEN, INC., P.S.
P. O. BOX 2209
BREMERTON, WASHINGTON 98310
(360) 373-8844

///

The clerk is to direct copies of this Order to all counsel of record.

DATED this 18th day of July, 2005.

_s/Sherri Allen_____
SHERRI ALLEN –WSBA No. 27410
Attorney for Plaintiff


_s/ Sherri Allen for_____
BRIAN C. KIPNIS
Assistant U.S. Attorney
(signed per oral authorization)

IT IS SO ORDERED this 20th day of July, 2005.


_/s/ J. Kelley Arnold_____
J. KELLEY ARNOLD,
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT
OPENING BRIEF AND AMEND SCHEDULING ORDER    2

LAW OFFICE OF SHERRI ALLEN, INC., P.S.
P. O. BOX 2209
BREMERTON, WASHINGTON  98310
(360) 373-8844